IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTINA NEVIUS )<br>)<br>　　　Plaintiff, )<br>)<br>v. )<br>)<br>AFRICA INLAND MISSION )<br>INTERNATIONAL, INC., et al. )<br>)<br>　　　Defendants. ) | Case No. 1:06cv01965<br>Judge: Henry H. Kennedy |

## **CONSENT MOTION FOR ENLARGEMENT OF TIME**

　　　COMES NOW the Plaintiff, Kristina Nevius, by her undersigned counsel, and pursuant to Fed. R. Civ. Pro. 6(b), hereby moves this Honorable Court for an extension of the time within which she must respond to Defendant Africa Inland Mission International Inc.'s Motion to Dismiss and in support thereof, states as follows:

　　　1.　　Pursuant to LCvR 7(m), undersigned counsel has conferred with the attorney for Defendant Africa Inland Mission International Inc. ("AIM, Inc."); counsel for Defendant AIM, Inc. consents to the relief requested herein.

　　　2.　　The instant matter was filed on November 17, 2006, naming as defendants both AIM, Inc. and Africa Inland Mission International.

　　　3.　　AIM, Inc. was served on November 27, 2006.

　　　4.　　It is, as of yet, unclear whether or not Defendant Africa Inland Mission International has been served.

　　　5.　　On or about December 15, 2006, AIM, Inc. filed its Motion to Dismiss.

　　　6.　　As such, Ms. Nevius' response to the Motion to Dismiss of AIM, Inc. is due on December 26, 2006.

7. Due to the present Holiday Season, undersigned counsel's previously scheduled vacation, as well as various related family obligations, Ms. Nevius requests this Court to extend by an additional ten (10) days the time by which she must file a response to AIM, Inc.'s Motion to Dismiss.

8. The relief requested herein will not, in any way, prejudice the defendants in this matter.

WHEREFORE, for the foregoing reasons, Plaintiff Kristina Nevius respectfully requests this Court enter an Order extending the time within which she must respond to Defendant Africa Inland Mission International Inc.'s Motion to Dismiss until January 8, 2006.

Dated: December 26, 2006

Respectfully submitted,

JACKSON AND CAMPBELL, P.C.

*/ s /*

_____
Robert N. Kelly (DC Bar #287276)
James B. Travis (DC Bar #486468)
1120 Twentieth Street, N.W.
South Tower
Washington, D.C., 20036-3437
(202) 457-1600 voice
(202) 457-1678 fax
rkelly@jackscamp.com
jtravis@jackscamp.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that copies of the Consent Motion For Enlargement Of Time of Plaintiff Kristina Nevius, the accompanying Statement Of Points And Authorities, and proposed form of Order were served via first-class mail, postage prepaid, this 26th day of December, 2006 upon:

>Timothy R. Obitts, Esquire
>Gammon & Grange, P.C.
>8280 Greensboro Drive, 7th Flr.
>McLean, VA 22102

Dated: December 26, 2006                Respectfully submitted,

JACKSON AND CAMPBELL, P.C.

/ s /
_____
Robert N. Kelly (DC Bar #287276)
James B. Travis (DC Bar #486468)
1120 Twentieth Street, N.W.
South Tower
Washington, D.C., 20036-3437
(202) 457-1600 voice
(202) 457-1678 fax
rkelly@jackscamp.com
jtravis@jackscamp.com

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTINA NEVIUS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06cv01965 |
| ) | Judge: Henry H. Kennedy |
| AFRICA INLAND MISSION ) | |
| INTERNATIONAL, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## **STATEMENT OF POINTS AND AUTHORITIES**

1. Rule 6 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTINA NEVIUS )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>AFRICA INLAND MISSION )<br>INTERNATIONAL, INC., et al. )<br>)<br>    Defendants. ) | Case No. 1:06cv01965<br>Judge: Henry H. Kennedy |

### ORDER

Upon consideration of the Consent Motion For Enlargement of Time of Plaintiff Kristina Nevius, no opposition thereto, and the entire record herein, it is, this _____ day of _____ 20___, hereby

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that Plaintiff Nevius shall file a response to Defendant Africa Inland Mission International Inc.'s Motion to Dismiss no later than January 8, 2006.

SO ORDERED.

                                                                                                                                                                                                       _____
                                                                                                                                                                                                       Judge Henry H. Kennedy, Jr.

Copies to:

Robert N. Kelly, Esquire
James B. Travis, Esquire
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W. – South Tower
Washington, D.C., 20036-3437

Timothy R. Obitts, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Flr.
McLean, VA 22102