IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTINA NEVIUS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06cv01965 |
| ) | Judge: Henry H. Kennedy |
| AFRICA INLAND MISSION ) | |
| INTERNATIONAL, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

COMES NOW the Plaintiff, Kristina Nevius, by her undersigned counsel, and pursuant to Fed. R. Civ. Pro. 6(b), hereby moves this Honorable Court for an extension of the time within which she must respond to Defendant Africa Inland Mission International Inc.'s Motion to Dismiss and in support thereof, states as follows:

1.  Pursuant to LCvR 7(m), undersigned counsel has conferred with the attorney for Defendant Africa Inland Mission International Inc. ("AIM, Inc."), who has consented to the relief requested herein.

2.  The instant matter was filed on November 17, 2006, naming as defendants both AIM, Inc. and Africa Inland Mission International.

3.  AIM, Inc. was served on November 27, 2006.

4.  It is, as of yet, unclear whether or not Defendant Africa Inland Mission International has been served.

5.  On or about December 15, 2006, AIM, Inc. filed its Motion to Dismiss.

6. On or about December 26, 2006, the Court granted the parties' Consent Motion for Enlargement of Time. As such, Ms. Nevius' response to the Motion to Dismiss of AIM, Inc. is due on January 8, 2007.

7. However, due to the present Holiday Season, undersigned counsel's previously scheduled vacation, as well as various related family obligations, Ms. Nevius requests this Court to extend by one (1) day the time by which she must file a response to AIM, Inc.'s Motion to Dismiss.

8. The relief requested herein will not, in any way, prejudice the defendants in this matter.

WHEREFORE, for the foregoing reasons, Plaintiff Kristina Nevius respectfully requests this Court enter an Order extending the time within which she must respond to Defendant Africa Inland Mission International Inc.'s Motion to Dismiss until January 9, 2007.

Dated: January 8, 2007

Respectfully submitted,

JACKSON AND CAMPBELL, P.C.

/ s /
_____
Robert N. Kelly (DC Bar #287276)
James B. Travis (DC Bar #486468)
1120 Twentieth Street, N.W.
South Tower
Washington, D.C., 20036-3437
(202) 457-1600 voice
(202) 457-1678 fax
rkelly@jackscamp.com
jtravis@jackscamp.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the Consent Motion For Enlargement Of Time of Plaintiff Kristina Nevius, the accompanying Statement Of Points And Authorities, and proposed form of Order were served via first-class mail, postage prepaid, this 8th day of January, 2007 upon:

>Timothy R. Obitts, Esquire
>Gammon & Grange, P.C.
>8280 Greensboro Drive, 7th Flr.
>McLean, VA 22102

Dated: January 8, 2007                Respectfully submitted,

JACKSON AND CAMPBELL, P.C.

*/ s /*
_____
Robert N. Kelly (DC Bar #287276)
James B. Travis (DC Bar #486468)
1120 Twentieth Street, N.W.
South Tower
Washington, D.C., 20036-3437
(202) 457-1600 voice
(202) 457-1678 fax
rkelly@jackscamp.com
jtravis@jackscamp.com

Counsel for Plaintiff

4

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTINA NEVIUS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AFRICA INLAND MISSION )<br>INTERNATIONAL, INC., et al. )<br>)<br>Defendants. ) | Case No. 1:06cv01965<br>Judge: Henry H. Kennedy |

**<u>STATEMENT OF POINTS AND AUTHORITIES</u>**

1. Rule 6 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KRISTINA NEVIUS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06cv01965 |
| | ) | Judge: Henry H. Kennedy |
| AFRICA INLAND MISSION | ) | |
| INTERNATIONAL, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of the Consent Motion For Enlargement of Time of Plaintiff Kristina Nevius, no opposition thereto, and the entire record herein, it is, this _____ day of _____ 20___, hereby

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that Plaintiff Nevius shall file a response to Defendant Africa Inland Mission International Inc.'s Motion to Dismiss no later than January 9, 2006.

SO ORDERED.

_____
Judge Henry H. Kennedy, Jr.

Copies to:

Robert N. Kelly, Esquire
James B. Travis, Esquire
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W. – South Tower
Washington, D.C., 20036-3437

Timothy R. Obitts, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Flr.
McLean, VA 22102