IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTINA NEVIUS )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>AFRICA INLAND MISSION )<br>INTERNATIONAL, INC., et al. )<br>)<br>　　　　Defendants. ) | Case No. 1:06cv01965<br>Judge: Henry H. Kennedy |

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW the Plaintiff, Kristina Nevius, by her undersigned counsel, and pursuant to Fed. R. Civ. Pro. 6(b), hereby moves this Honorable Court for an extension of the time within which she must respond to Defendant Africa Inland Mission International Inc.'s Motion to Dismiss. and in support thereof, states as follows:

1.　　Pursuant to LCvR 7(m), undersigned counsel conferred with the attorney for Defendant Africa Inland Mission International Inc. ("AIM, Inc.") on January 8, 2007, requesting additional time to respond to AIM, Inc.'s Motion to Dismiss.

2.　　Counsel for AIM, Inc. responded to undersigned counsel's request by offering to extend the subject deadline by one (1) day, which is not adequate.

3.　　On January 9, 2007, counsel for AIM, Inc. declined to provide Ms. Nevius any additional time above the one (1) day extension previously offered.

4.　　AIM, Inc. has attached to its Motion to Dismiss several documents purporting to be relevant to the employment of Ms. Nevius.  For this reason, and because Ms. Nevius is seeking damages based on her employment by AIM, Inc. and the termination thereof, it is important that she be given the opportunity to review those

documents. Moreover, her counsel require her assistance and consent in preparing her response to those documents cited by AIM, Inc. in its Motion to Dismiss.

5. Counsel for Ms. Nevius have attempted to contact her, but have not yet been able to do so. Ms. Nevius spends much of her time performing missionary work in Africa, and while in the United States she is often traveling for the purpose of raising funds to support her missionary activities.

6. AIM, Inc. filed its Motion to Dismiss less than one (1) month prior to the date of the instant motion.

7. The other named defendant in this action, Africa Inland Mission International has yet to respond to the complaint and discovery has not been issued.

8. While discussing plaintiff's request for a continuance to counsel for AIM, Inc., their counsel communicated an offer of settlement and a willingness to initiate settlement discussions. That offer has been transmitted by plaintiff's counsel to Ms. Nevius, but counsel has not yet had a response from her, nor has counsel received her authority to engage in settlement negotiations.

9. By this motion, Ms. Nevius, by counsel, respectfully requests additional time to establish contact between her and her counsel, in order both to present AIM, Inc.'s offer of settlement to her, and to prepare a full response to AIM, Inc.'s Motion to Dismiss. Because of the difficulty inherent in communicating with Ms. Nevius, undersigned counsel believe that a reasonable extension of time would be twenty (20) days, or more specifically, until January 29, 2007.

10. The relief requested herein will not, in any way, prejudice AIM, Inc.

WHEREFORE, for the foregoing reasons, Plaintiff Kristina Nevius respectfully requests this Court enter an Order extending the time within which she must respond to Defendant Africa Inland Mission International Inc.'s Motion to Dismiss until January 29, 2007.

Dated: January 9, 2007

Respectfully submitted,

JACKSON AND CAMPBELL, P.C.

*/ s /*
_____
Robert N. Kelly (DC Bar #287276)
James B. Travis (DC Bar #486468)
1120 Twentieth Street, N.W.
South Tower
Washington, D.C., 20036-3437
(202) 457-1600 voice
(202) 457-1678 fax
rkelly@jackscamp.com
jtravis@jackscamp.com

Counsel for Plaintiff

3

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Motion For Enlargement Of Time of Plaintiff Kristina Nevius, the accompanying Statement of Points and Authorities, and the accompanying proposed form of Order were served electronically, this 9th day of January, 2007 upon:

        Timothy R. Obitts, Esquire
        Gammon & Grange, P.C.
        8280 Greensboro Drive, 7th Flr.
        McLean, VA 22102

        Respectfully submitted,

        JACKSON AND CAMPBELL, P.C.

        */ s /*
        _____
        Robert N. Kelly (DC Bar #287276)
        James B. Travis (DC Bar #486468)
        1120 Twentieth Street, N.W.
        South Tower
        Washington, D.C., 20036-3437
        (202) 457-1600 voice
        (202) 457-1678 fax
        rkelly@jackscamp.com
        jtravis@jackscamp.com

        Counsel for Plaintiff

5

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTINA NEVIUS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AFRICA INLAND MISSION )<br>INTERNATIONAL, INC., et al. )<br>)<br>Defendants. ) | Case No. 1:06cv01965<br>Judge: Henry H. Kennedy |

## STATEMENT OF POINTS AND AUTHORITIES

1. Rule 6 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KRISTINA NEVIUS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06cv01965 |
| | ) | Judge: Henry H. Kennedy |
| AFRICA INLAND MISSION | ) | |
| INTERNATIONAL, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of the Motion the Motion for Enlargement of Time of Plaintiff Kristina Nevius, any opposition thereto, and the entire record herein, it is, this _____ day of _____ 20___, hereby

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that the time for Plaintiff to respond to the Motion to Dismiss of Defendant Africa Inland Mission International, Inc. be extended until January 29, 2007.

SO ORDERED.

_____
Judge Henry H. Kennedy, Jr.

Copies to:

Robert N. Kelly, Esquire
James B. Travis, Esquire
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W. – South Tower
Washington, D.C., 20036-3437

Timothy R. Obitts, Esquire
Gammon & Grange, P.C.
8280 Greensboro Drive, 7th Flr.
McLean, VA 22102