UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTINA NEVIUS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV01965 |
| ) | Judge: Henry H. Kennedy |
| AFRICAN INLAND MISSION ) | |
| INTERNATIONAL, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## OPPOSITION TO PLAINTIFF'S
## MOTION FOR ENLARGMENT OF TIME

COMES NOW the Defendant African Inland Mission International, Inc. ("African Inland Mission"), by Counsel, and files this Opposition Memorandum pursuant to LCvR7(b) to Plaintiff's Motion for Enlargement of Time, and in support thereof states as follows:

1. Defendant African Inland Mission International, Inc. ("AIM") filed on December 15, 2006 its Motion to Dismiss pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure. Plaintiff's opposition thereto was due by December 26, 2006.

2. On December 26, 2006, counsel for AIM received a phone call from counsel for Plaintiff requesting an extension of time to file her opposition to the Motion to Dismiss. Counsel for AIM agreed to allow Plaintiff an extension of time until January 8, 2007, for a total of 13 extra days.

3. On December 26, 2006, Plaintiff filed the Consent Motion For Enlargement of Time to File Response, requiring that her response or opposition would be due on January 8, 2007. Via minute order, the Court granted the Consent Motion on December 26, 2006.

4. On January 8, 2007, counsel for Plaintiff called counsel for AIM and once again

1

requested an extension of time to file Plaintiff's response or opposition to the AIM's motion to dismiss. Counsel for AIM agreed to consent to a one day extension of time. Counsel for Plaintiff filed another Consent Motion for Enlargement of Time, which the Court granted via minute order, allowing Plaintiff until January 9, 2007 to file its responsive pleading.

5. Despite receiving two additional extensions, for a total of an additional 14 days on top of the 11 days allowed to respond pursuant to LCvR7(b), Plaintiff has failed to file an Opposition or Response to AIM's Motion to Dismiss.

6. Plaintiff's counsel argues in the present Motion for Extension that a third extension is warranted because they have not had enough time to make contact with their client; the other defendant has not yet responded to the complaint and discovery has not been issued; AIM has initiated settlement discussions; and AIM will not be prejudiced by a third extension.

7. AIM respectfully asserts that a third extension is not warranted for the following reasons:

    a. Counsel for Plaintiff has had a total of 25 days in which to make contact with their client and prepare a response to AIM's Motion to Dismiss, but has failed to do so;

    b. The Exhibits attached to AIM's Motion to Dismiss relate to AIM's religious mission and purpose as a Christian missions organization and are not specific as to only Plaintiff's former employment relationship with AIM.

    c. Plaintiff has not yet even served the other defendant in this action, therefore, the statement that the other defendant "has yet to respond to the complaint" is a bit disingenuous.

    d. It is true that counsel for AIM conveyed a confidential offer of settlement for nuisance value to counsel for Plaintiff, making clear that in no way did AIM believe that Plaintiff had

any viable claims, nor did counsel for AIM believe that any extension of time to respond would facilitate settlement, as the offer is merely for nuisance.

        e.      Finally, AIM will be prejudiced by a further extension.  Upon information and belief, this is the first time in the over 100 year history of AIM that it has been sued and, as such, has taken an emotional toll on the organization.  AIM desires that this matter be swiftly dismissed, based upon its strong belief that it will win its Motion to Dismiss.  AIM has had to expend funds each time its counsel has to deal with the last minute requests for extensions of time.

        8.      In short, Plaintiff has failed to comply with the Court's order requiring Plaintiff to file its response or opposition to AIM's Motion to dismiss, despite being given two additional extensions.  There is no good cause to allow an additional extension pursuant to Fed. R. Civ. Pro. 6(b).  Therefore, the Court should deny Plaintiff third Motion for Enlargement of Time.

WHEREFORE, for the foregoing reasons, Defendant African Inland Mission International, Inc. respectfully requests this Court enter an Order denying Plaintiff's present Motion for Enlargement of Time.

Dated: January 10, 2007                      Respectfully Submitted,

                                             Africa Inland Mission International, Inc.
                                           By counsel

GAMMON & GRANGE, P.C.

_____/ s /_____
Timothy R. Obitts, Esq., DC Bar#478470
8280 Greensboro Drive, 7th Flr.
McLean, Virginia 22102
(703) 761-5000
(703) 761-5023 -facsimile-

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 10th day of January, 2007, a true and accurate copy of the foregoing and attached proposed Order were served electronically to the following:

Robert N. Kelly, Esq.
James B. Travis, Esq.
1120 Twentieth Street, NW
South Tower
Washington, DC 20036-3437

            _____/ s /_____
            Timothy R. Obitts, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KRISTINA NEVIUS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV01965 |
| | ) | Judge: Henry H. Kennedy |
| AFRICAN INLAND MISSION | ) | |
| INTERNATIONAL, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

UPON CONSIDERATION of the Motion For Enlargement Of Time filed by the Plaintiff Kristina Nevius and Defendant African Inland Mission International, Inc.'s response thereto, it is hereby

ORDERED, that Plaintiff's Motion For Enlargement Of Time is DENIED.

ENTERED this _____ day of _____, 2007.

_____
The Honorable Henry H. Kennedy, Jr.
JUDGE