UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KRISTINA NEVIUS,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**AFRICA INLAND MISSION INTERNATIONAL, et al.,**<br><br>　　　　　**Defendants.** | Civil Action 06-01965  (HHK) |

**JUDGMENT**

For the reasons stated in the court's memorandum opinion docketed this same day, it is this 24th day of September, 2007, hereby

**ORDERED** that **JUDGMENT** is entered in favor of defendants and against plaintiff.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge